IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAITLAN SHOOP, individually and on behalf of all others similarly situated, | CIVIL ACTION |
| Plaintiffs, | No. 2:21-cv-00732-MJH |
| v. | |
| JUSTICEWORKS YOUTHCARE, INC., a Pennsylvania Corporation, | |
| Defendant. | |

### ORDER OF COURT

Upon consideration of the Parties' Joint Motion to Approve Settlement and Dismiss Case, it is hereby ORDERED this 30th day of May, 2023 that said Motion is GRANTED. The Court finds the settlement to be fair, reasonable, and adequate. The Parties shall proceed in accordance with the Settlement Agreement. The jury trial scheduled to begin on June 12, 2023 is canceled.

The instant action is hereby dismissed with prejudice. The Court shall maintain jurisdiction over the enforcement of the Parties' Settlement Agreement.

_____
Marilyn J. Horan
United States District Judge